FILED: September 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4371
(3:11-cr-00054-JPB-JES-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOSEPHINE ARTILLAGA ADAMS

      Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,484 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk